IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) No. 18-CR-4050 MWB |
|---|---|
| Plaintiff, | ) **INDICTMENT** |
| vs. | ) Count 1 |
| RONALD HEGEL, | ) 18 U.S.C. § 1014: False Statement to a Financial Institution |
| Defendant. | ) |

The Grand Jury charges:

## Count 1

**False Statement to a Financial Institution**

In about September 2015, in the Northern District of Iowa, defendant RONALD HEGEL knowingly made a false statement and report and willfully overvalued property and security for the purpose of influencing the action of State Bank of Spencer, Iowa, a financial institution the accounts of which were insured by the Federal Deposit Insurance Corporation, in connection with a loan, in that the defendant submitted an inventory that contained false entries, when in truth and in fact, as the defendant well knew, defendant had sold inventory out of trust and not all of the entries were collateral for such loan.

This was in violation of Title 18, United States Code, Section 1014.

1

A TRUE BILL

_S/_
Grand Jury Foreperson    Date 5/23/18

PETER E. DEEGAN, JR.
United States Attorney

By: *[signature]*
TIMOTHY L. VAVRICEK
Assistant United States Attorney

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY

MAY 24 2018

And filed _____
ROBERT L. PHELPS, CLERK

2